OSCN Found Document:IN RE OKLA. BAR ASSOC. APPLIC. TO INCREASE REIMBURSEMENT AMOUNT

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 IN RE OKLA. BAR ASSOC. APPLIC. TO INCREASE REIMBURSEMENT AMOUNT
2014 OK 108
Case Number: SCBD-6210
Decided: 12/08/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 108, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

IN RE: OKLAHOMA BAR ASSOCIATION APPLICATION TO INCREASE REIMBURSEMENT AMOUNT PAYABLE ON CLIENTS' SECURITY FUND CLAIMS FOR CALENDAR YEAR 2014
ORDER
Upon consideration of the Application to Increase Reimbursement Amount Payable on Clients' Security Fund Claims for Calendar Year 2014, this Court finds that the application should be approved.
IT IS SO ORDERED.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 8TH DAY OF DECEMBER, 2014.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR.




 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.